ANNA HEMMERICH, by KATE HEMMERICH, Her Guardian ad Litem, Appellant, *v.* UNION DIME SAVINGS INSTITUTION, Respondent.

*Hemmerich* v. *Union Dime Savings Instn.*, 133 App. Div. 944, affirmed.
(Submitted October 11, 1910; decided October 18, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 17, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover a sum of money theretofore deposited with defendant in trust for the plaintiff.

*Oscar Englander* and *Harry A. Gordon* for appellant.

*C. N. Bovee* and *Frederick C. Tanner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

———————

HERMAN A. WAGNER et al., Respondents, *v.* MORRIS WORTIS et al., Appellants, Impleaded with Others.

*Wagner* v. *Wortis*, 133 App. Div. 933, affirmed.
(Argued June 17, 1910; decided October 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 25, 1909, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to determine conflicting claims to real property.

*Robert H. Wilson* for appellants.

*Philip S. Dean* and *David B. Ogden* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HAIGHT, VANN, HISCOCK and CHASE, JJ. Dissenting: CULLEN, Ch. J., and WILLARD BARTLETT, J. Absent: GRAY, J.